No. 177, Misc.   CAVANAUGH v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 182, Misc.   REEDER v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 187, Misc.   HALL v. ROBINSON, WARDEN.   Circuit Court of Macon County, Illinois.   Certiorari denied.

No. 189, Misc.   COGGINS v. MASSACHUSETTS.   Supreme Judicial Court of Massachusetts.   Certiorari denied.

*Rehearing Denied.*

No. 80.   HODGE ET AL. v. FIRST PRESBYTERIAN CHURCH, *ante,* p. 815.   Rehearing denied.

No. 92.   TURNER GLASS CORP. v. HARTFORD-EMPIRE Co. ET AL., *ante,* p. 830.   Rehearing denied.

No. 148.   HASS v. NEW YORK, *ante,* p. 803.   Rehearing denied.

No. 160.   LAVENDER, ADMINISTRATOR, v. ILLINOIS CENTRAL RAILROAD Co., *ante,* p. 822.   Rehearing denied.

No. 172.   SCHUERMANN v. UNITED STATES, *ante,* p. 831.   Rehearing denied.

No. 199.   WALSH, SHERIFF, v. UNITED STATES EX REL. WHITE, *ante,* p. 804.   Rehearing denied.

No. 210.   AUBURN SAVINGS BANK ET AL. v. PORTLAND RAILROAD Co. ET AL., *ante,* p. 831.   Rehearing denied.

No. 222.   ROBINSON v. UNITED STATES; and
No. 223..   BLEKER v. UNITED STATES, *ante,* p. 832.   Rehearing denied.